**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| National Fire Insurance Co. of Hartford;) Sigma Contracting Inc., ) ) Plaintiffs, ) ) vs. ) ) ) James River Insurance, ) ) Defendant. ) ) _____) | No. CV 14-765-PHX-JAT  **ORDER** |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, Plaintiffs fail to allege the principal place of business of all parties for purposes of establishing diversity jurisdiction. *See Hertz Corp. v. Friend*, 559 U.S. 77, 80, 92-93 (2010) (discussing the citizenship of a corporation).

Additionally, in the section discussing the "parties," Plaintiffs attempt[1] to allege the citizenship of Quik Flush Plumbing, LLC. Doc. 1 at 2. However, Quik Flush is not named as a "party" in the caption of the Complaint; therefore, it is unclear to the Court whether it was intended to be a party.

Based on the foregoing,

---

[1] *See Johnson v. Columbia Properties Anchorage, L.P.,* 437 F.3d 894, 899 (9th Cir. 2006) (discussing the citizenship of limited liability companies).

1	**IT IS ORDERED** that by May 7, 2014, Plaintiffs shall file an Amended Complaint
2 properly alleging federal subject matter jurisdiction or this case will be dismissed without
3 prejudice.

4	DATED this 23rd day of April, 2014.

James A. Teilborg
Senior United States District Judge

- 2 -